# UNITED STATES DISTRICT COURT

## District of Minnesota

Thai Lor,

                    Petitioner,

v.

Warden, Freeborn Adult Detention Center,
Field Office Director, St. Paul Field Office ICE-
ERO, U.S. Attorney General,

                    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1557 (SHL/SGE)

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner's Petition for Writ of Habeas Corpus (ECF 1) is DENIED. The temporary restraint on

Petitioner's removal is now lifted, and Respondents may now proceed with the removal

process in accordance with the law.

Date: 3/10/2026

KATE M. FOGARTY, CLERK